UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FAYETTE GRANDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV1689MLM |
| | ) |
| CITY OF ST. LOUIS, et.al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED**, **ADJUDGED and DECREED** that Summary Judgment is entered in favor of Defendants the City of St. Louis and Bettye Battle-Turner and against Plaintiff Fayette Granda, and that Plaintiff's Complaint is **DISMISSED**, with prejudice. [1]

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of April, 2006.